**FILED: 1/4/2012**

**JS - 6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Bella Basco, et al.*, | CASE NO. CV 09-6307-GHK (RZx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *Toyota Motor Manufacturing, et al.*, | |
| Defendants. | |

Pursuant to the Court's January 4, 2011 Order, IT IS HEREBY ADJUDGED that Plaintiffs Bella Basco and Crystal Ennis's ("Plaintiffs") claims against Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., Toyota Motor Engineering & Manufacturing North America, Inc., Christopher Reynolds, Jane Howard Martin, Eric Taira, Dian Ogilvie, and Alicia McAndrews are **DISMISSED with prejudice**. Plaintiffs shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: January 4, 2012

_____
GEORGE H. KING
United States District Judge